622

478 A.2d 137

Gordon v. Gordon, Appellant.

Submitted April 11, 1984. William M. Panella, District Attorney, for appellant; Frank J. Piatek, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order of Court of May 16, 1983 is vacated and remanded for further proceedings. Jurisdiction is relinquished.

ROWLEY, J., filed a concurring and dissenting memorandum.

478 A.2d 137

Hinkson, Appellants, v. Hinkson.

Submitted May 9, 1984. I.B. Sinclair, for appellants; D. Pratt Mannix, for appellees.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.